1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

**FILED**

FEB 04 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>8524 Florin Road<br>2004 Michigan Boulevard<br>3541 Sun Maiden Way<br>910 Striker Avenue, Suite B<br>950 Riverside Parkway, Suite 70<br>23526 Rosewood Road<br>1900 Danbrook Drive, Unit #1611<br>28 W. Main Street<br>1240 Stags Leap Road<br>5542 E. Kings Canyon Road<br>1515 N. Willow Avenue | 2:13-SW-0654-CKD<br>2:13-SW-0655-CKD<br>2:13-SW-0656-CKD<br>2:13-SW-0657-CKD<br>2:13-SW-0658-CKD<br>2:13-SW-0659-CKD<br>2:13-SW-0660-CKD<br>2:13-SW-0661-CKD<br>2:13-SW-0662-CKD<br>2:13-SW-0662-CKD<br>2:13-SW-0663-CKD<br><br>**ORDER RE: SEARCH OF ELECTRONIC DEVICES**<br><br><u>UNDER SEAL</u> |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the United States is authorized to conduct a forensic examination of the electronic devices identified in the Application and seized pursuant to the above-noted search warrants for an additional period of ninety days.

///
///
///
///

IT IS FURTHER ORDERED THAT this Order and the United States's Ex Parte Application be, and is, hereby ordered sealed until further order of this Court.

DATED: February 4, 2014

Hon. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE